UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                                    Bankr. Case No. 25-00674-JAW-13

Quenna Lahsonda Dean                                                                        Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                                    Bankr. Case No. 25-00674-JAW-13

Quenna Lahsonda Dean                                                                         Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 1, 2025 :

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>PO BOX 13767<br>Jackson, MS 39236 | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx59937 / 1109462