United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00674-JAW
Quenna Lahsonda Dean Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: May 13, 2025     Form ID: n031     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Quenna Lahsonda Dean, 115 Basswood Cir, Brandon, MS 39047-6904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5507715 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 13 2025 19:32:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5485500 | + | Email/Text: bnc@teampurpose.com | May 13 2025 19:32:00 | Advance America, 4237 B Lakeland Dr, Flowood, MS 39232-9212 |
| 5488661 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 13 2025 19:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5485503 | | Email/Text: bankruptcy@creditfresh.com | May 13 2025 19:24:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5485501 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2025 19:31:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5485502 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2025 19:31:29 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5485504 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 13 2025 19:31:00 | Freedom Mortgage, Attn: Bankruptcy, 907 Pleasant Valley Av, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5485505 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 13 2025 19:32:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 5485506 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2025 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5508433 | + | Email/Text: bncmail@w-legal.com | May 13 2025 19:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5487809 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2025 19:32:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: n031 | Total Noticed: 12 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2025　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Quenna Lahsonda Dean trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00674−JAW
**Chapter:** 13

**In re:**

Quenna Lahsonda Dean
aka Quenna L Dean, aka Quenna Dean
115 Basswood Cir
Brandon, MS 39047

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 13, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 13, 2025                              Danny L. Miller, Clerk of Court