

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 28, 2025

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUN -9 2025
Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.: 25-00674-JAW**

IN THE MATTER OF:
QUENNA LAHSONDA DEAN
SS#: XXX-XX-3516

**** AMENDED ****

## ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE**.
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

MS BOARD OF NURSING
ATTN: PAYROLL
713 S PEAR ORCHARD RD., STE 300
RIDGELAND, MS 39157

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 321454
Flowood, MS 39232

the sum of **$1,894.00 MONTHLY** .

**FURTHER ORDERED**, that the <u>employer</u> shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 E. Court St., Ste 2.300
Jackson, MS 39201

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUN - 9 2025
By: Danny L. Miller, Clerk of Court
Deputy Clerk

JACKSON MS 390
4 JUN 2025 AM 2 L

MS Board of Nursing
ATTN: Payroll
713 S Pear Orchard Rd. Ste 300
Ridgeland, MS 3

NIXIE    392    DE 1         0006/05/25

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 39201593675        *0465-11181-04-20