IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                CHAPTER 13 NO.:

QUENNA LASHONDA DEAN                         25-00674 – JAW

ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #      ); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Debtor's plan is hereby modified to pay Creditor Freedom Mortgage Corporation the Post-petition Mortgage Fees, Expenses and Charges in the amount of $300.00 over the remaining plan term.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

THAT, the Debtor's Wage Deduction Order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

SUBMITTED BY:

JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM