**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                CHAPTER 13 NO.:

QUENNA LAHSONDA DEAN                                                    25-00674 – JAW

## O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 25); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Debtor's plan is hereby modified to pay Creditor Freedom Mortgage Corporation the Post-petition Mortgage Fees, Expenses and Charges in the amount of $300.00 over the remaining plan term.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

THAT, the Debtor's Wage Deduction Order shall be amended as necessary to comply with the terms of this order.

**##END OF ORDER##**

SUBMITTED BY:

*/s/ Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM